IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF PUERTO RICO

| IN RE:                      | CASE NUM.: 10-10182 ESL |
| OMAR G. VAZQUEZ CORDERO     |                         |
| DEBTORS                     | CHAPTER 13 (ASSET CASE) |

                          CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

   **COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

   1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 12/14/2010**.

   **WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

   In San Juan, Puerto Rico, this 14 day of December, 2010.

   **I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

                              **RESPECTFULLY SUBMITTED.**

                              **/S/MARILYN VALDES ORTEGA**
                              **MARILYN VALDES ORTEGA**
                              USDC PR 214711
                              P.O.Box 195596
                              San Juan, PR 00919-5596
                              Tel. (787) 758-4400
                              Fax. (787) 763-0144
                              E-mail: valdeslaw@prtc.net

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:  Case No. **10-10182-ESL**

**VAZQUEZ CORDERO, OMAR G.**  Chapter **13**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **12/14/2010**
☐ PRE  ☐ POST-CONFIRMATION  Filed by: ☐ Debtor ☐ Trustee ☑ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 580.00 x | 12 = $ | 6,960.00 |
| $ | 690.00 x | 32 = $ | 22,080.00 |
| $ |  x  | = $ |  |
| $ |  x  | = $ |  |
| $ |  x  | = $ |  |

TOTAL: $ **29,040.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **29,040.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,780.00**

Signed: **/s/ OMAR G. VAZQUEZ CORDERO**
  Debtor

  Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**  Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR  $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:

| Cr. **ASOC. CONDOMINE** | Cr. **BANCO BILBAO VIZ** | Cr. **BANCO POPULAR D** |
|---|---|---|
| # **APT H-141** | # **2263** | # **3598** |
| $ **444.72** | $ **1.00** | $ **778.50** |

2. ☑ Trustee pays IN FULL Secured Claims:

| Cr. **RELIABLE FINANCIA** | Cr. **CRIM** | Cr. **See Attached** |
|---|---|---|
| # **2000** | # **19-046** | # |
| $ **12,720.00** | $ **7,105.18** | $ |

3. ☐ Trustee pays VALUE OF COLLATERAL:

| Cr. | Cr. | Cr. |
|---|---|---|
| # | # | # |
| $ | $ | $ |

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
  **AEELA**

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
  **BANCO BILBAO VIZ   BANCO POPULAR D**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
  ☐ Paid 100% / ☐ Other: _____

| Cr. | Cr. | Cr. |
|---|---|---|
| # | # | # |
| $ | $ | $ |

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE VAZQUEZ CORDERO, OMAR G.  Case No. 10-10182-ESL
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

|  | Cr | # | $ |
|---|---|---|---|
| Trustee pays IN FULL Secured Claims: | CRIM | 19-152 | 109.99 |
|  | CRIM | 37-008 | 1,952.39 |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE VAZQUEZ CORDERO, OMAR G.                                         Case No. **10-10182-ESL**
                              Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 2 of 2

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

INSURANCE TO RELIABLE FINANCIAL THROUGH EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF 500.00 DISBURSEMENT TO EASTERN AMERICA INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON JANUARY 2013

ADEQUATE PROTECTION PAYMENT TO RELIABLE FINANCIAL UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.

TRUSTEE TO PAY RELIABLE BEFORE CRIM IN ORDER TO MINIMIZE INSURANCE COSTS.

STEP UP PAYMENT IN MONTH NUMBER 49 IS AT THE TIME DEBTOR PAYS OF RETIREMENT LOAN.

PLAN PAYS 100 + 6% INTEREST.

TRUSTEE TO PAY IN FULL CRIM ACC NO. 9152 IN THE AMOUNT OF $7,005.18

DIRECT PAYMENTS TO BBVA BY DALISA MARRERO

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| VAZQUEZ CORDERO OMAR G<br>CONDOMINIO RIO VISTA<br>APT 141 EDIF H<br>CAROLINA PR 00987 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN PR 00902-4140 |
| MARILYN VALDES ORTEGA LAW OFFICES<br>MARILYN VALDES ORTEGA<br>SAN JUAN PR 00919-5596 | RELIABLE FINANCIAL SERVICES<br>9615 AVE LOS ROMEROS SUITE 1100<br>URB MONTEHIEDRA<br>SAN JUAN PR 00926 |
| AEELA<br>PO BOX 364508<br>SAN JUAN PR 00936-4508 | WESTERNBANK<br>PO BOX 1180<br>MAYAGUEZ PR 00681-1180 |

AEELA
PO BOX 364508
SAN JUAN PR 00936-4508

ASOC CONDOMINES RIO VISTA
BUZON 346
CAROLINA PR 00987

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN PR 00936

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN PR 00936-8100

BANCO POPULAR DE PR
DEPARTAMENTO DE HIPOTECAS
PO BOX 362708
SAN JUAN PR 00936-2708

CITIFINANCIAL
PO BOX 71587
SAN JUAN PR 00936

CRIM
PO BOX 195387
SAN JUAN PR 00919-5387